March 6, 2015

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - COUNTY DIVISION



| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) | |
| OF THE COUNTY TREASURER AND EX- ) | |
| OFFICIO COUNTY COLLECTOR OF COOK ) | |
| COUNTY, ILLINOIS, FOR ORDER OF ) | |
| JUDGMENT AND SALE AGAINST REAL ) | Case No. |
| ESTATE RETURNED DELINQUENT FOR THE ) | |
| NON-PAYMENT OF GENERAL TAXES FOR ) | Certificate No. 10-0005551 |
| THE YEAR 2010 AND PRIOR YEARS ) | |
| ) | |
| PETITION OF FAIR DEAL OF ILLINOIS, INC. ) | |
| FOR TAX DEED ) | |

## PETITION FOR TAX DEED

NOW COMES the petitioner, FAIR DEAL OF ILLINOIS, INC., by its attorneys, REITER LAW OFFICES, LTD. and state as follows:

1. On August 6, 2012, the petitioner purchased the following described real estate:

UNIT NUMBER 14535-1A IN SOUTHPOINTE CONDOMINIUM ASSOCIATION AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED REAL ESTATE: CERTAIN LOTS IN SOUTHPOINTE SUBDIVISION, BEING A RESUBDIVISION OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 6, TOWNSHIP 36 NORTH, RANGE 15 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK, COUNTY, ILLINOIS; WHICH SURVEY IS ATTACHED AS EXHIBIT "A" TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT NUMBER 26113545, AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS.

PERMANENT INDEX NUMBER: 30-06-309-035-1025

At the Annual Tax Sale held by the County Treasurer of Cook County, Illinois, which sale of the property was held in accordance with the judgment of the Court duly entered after due notice was provided in accordance with the statutes in such case made.

2. That Certificate of Purchase number 10-0005551 was issued and delivered to the petitioner, a copy of which is attached hereto.

3. The real estate has not been redeemed from the tax sale and the time for redemption will expire on February 6, 2015.

4. All taxes and special assessments which become due and payable on the real estate subsequent to the date of sale if any will be paid and all forfeitures and sales of subsequent year's taxes occurring in the interim, if any, will be redeemed prior to the entry of an order directing the County Clerk to issue a tax deed.

5. All notices required by law will be given prior to the entry of an order directing the issuance of a tax deed on the real estate and due proof will be made of the giving of such notice.

6.  Upon compliance with all the provisions of the law relating thereto, petitioner will be entitled to the entry of an order directing the County Clerk to issue a tax deed conveying the real estate to petitioner unless redemption is made at the time and in the manner provided by law.

7.  Petitioner intends to apply on March 6, 2015, for an order on the petition on that a deed be issued if the property is not redeemed.

WHEREFORE, petitioner prays:

A.  That this honorable court find:

1.  That due notice of the tax sale and of the time for redemption therefrom was given to all parties entitled thereto as required by law.

2.  That due notice of the filing of this petition was given to all parties entitled thereto as required by law.

3.  That all general taxes and special assessments which became due and payable on the real estate, herein, subsequent to the date of sale, have been paid or redeemed as required by law.

4.  That the petitioner has fully complied with all applicable provisions of the Illinois Property Tax Code, as amended and of all other applicable statutes of the State of Illinois and the Constitution of the State of Illinois, entitling petitioner to a tax deed.

B.  That this honorable court enter an Order Directing the Cook County Clerk to issue a Tax Deed to the petitioner and that the entry of such order shall cause the conveyance of merchantable title to the petitioner as provided by statute and caselaw.

C.  That any delinquent or forfeited taxes for prior years that were not included in the sale or were sold but the sale was declared to be in error or were voided or canceled and as a consequence those prior tax years opened up again, be merged into this tax sale and court order for tax deed.

D.  That this honorable court enter such Orders and issue such Writs as may be necessary or desirable to maintain petitioner, as grantee, in possession of the real estate.

E.  That this honorable court issue a Writ of assistance or enter an Order of Possession to put the petitioner as grantee of the tax deed in possession of the real estate.

F.  Petitioner further asks that if the court should find that petitioner has failed to comply with the requirements of the Illinois Property Tax Code, or is equitably entitled to a sale in error, the sale be declared a sale in error with the tax sale amount and all subsequently paid taxes and costs be refunded to the petitioner.

G.  That this honorable court enter such other and further orders as may be just and appropriate.

_(signature)_
REITER LAW OFFICES, LTD.
Attorneys for Petitioner
30 South Wacker Drive – Suite 1710
Chicago, Illinois 60606
(312) 368-9910
Firm No. 48999

# CERTIFICATE OF PURCHASE

STATE OF ILLINOIS ) ss
COUNTY OF COOK )

CERTIFICATE NUMBER  10-0005551

--CERTIFICATE OF PURCHASE--

FOR GENERAL TAXES AND SPECIAL ASSESSMENTS, A.D. 2010, ETC.

I, DAVID D. ORR, County Clerk in and for the County and State aforesaid DO HEREBY CERTIFY THAT FAIR DEAL OF ILLINOIS IN                did, on the day hereinafter set forth, purchase at Public Auction, at the Court House in CHICAGO, the property designated by PERMANENT REAL ESTATE NUMBER  3 0 - 0 6 - 3 0 9 - 0 3 5 - 1 0 2 5, situated in said County for the taxes, interest and costs due and unpaid thereon for the tax year 2010 and prior and paid as purchase money on said property the total amount of taxes, interest and costs thereon as stated herein.

VOLUME  2 2 0         PERMANENT INDEX NUMBER   3 0 - 0 6 - 3 0 9 - 0 3 5 - 1 0 2 5

| TAXES | Date of Sale | Rate of Percent Sold | | | Total Amt. of TAXES and Interest | Date Paid |
|---|---|---|---|---|---|---|
| GENERAL 2010 | 08/06/12 | 0.00 | Tax Interest | 728.46 109.30 | | 08/06/12 |
| | | | | | 837.76 | |
| BACK TAX YRS - | | | Tax Interest | | | |
| SPECIAL ASSESSMENT 2011 | | | Tax Interest | | | |
| STATUTORY TREASURER FEES | | | | | 200.00 | |
| STATUTORY CLERK FEES | | | | | 47.00 | |
| PRIOR YEARS' SPECIAL & GENERAL TAXES 20 20 20 20 | | | | | | |
| TOTAL | | | | | 1,084.76 | |

Received this  13  day of  SEPTEMBER , 2012 , the sum of $  1,084.76  the amount of the purchase money on the above property.

If the aforesaid property is not redeemed in the manner and within the time provided by law, the above-named purchaser, his heirs or assigns, will, upon application and compliance with the provisions of law pertaining thereto, be entitled to receive a deed of conveyance for said real estate herein described by said permanent index number; provided that unless the holder of this certificate shall take out said deed, as entitled by law, and file same for record within one year from and after expiration of the time of redemption, the said certificate or deed, and the sale upon which it is based, shall from and after the expiration of one year, be absolutely null.

WITNESS my hand and the official seal at CHICAGO in said County this  13  day of SEPTEMBER, A.D., 2012

Assessee:

Countersigned:

Maria Pappas
County Treasurer and Ex-Officio Collector of Cook County

David D. Orr
County Clerk of Cook County

THIS DOCUMENT HAS A COLORED BACKGROUND. ANY ERASURES VOID THIS CERTIFICATE

STATE OF ILLINOIS )
                  ) ss
COUNTY OF COOK    )

In consideration of the sum of _____ DOLLARS, I do hereby sell, assign, transfer and set over to _____ his heirs, executors, administrators and assigns, the within CERTIFICATE OF PURCHASE, and all my right, title and interest in or to the real estate therein described; to have and to hold the same to himself, his heirs, executors, administrators and assigns, to his and their sole use, benefit and behoof forever.

Given under my hand and seal this _____ day of _____ A.D. 20___